644

*General Wideman*, and *Messrs. James W. Morris* and *Frank J. Ready, Jr.*, for respondent.

No. 947. Maricopa County, Arizona, et al. *v.* Phoenix Savings Bank & Trust Co.;

No. 948. Same *v.* Phoenix National Bank;

No. 949. Same *v.* Valley Bank & Trust Co.;

No. 950. Same *v.* First National Bank of Arizona;

No. 951. Same *v.* Tempe National Bank; and

No. 952. Pima County, Arizona, et al. *v.* Southern Arizona Bank & Trust Co. May 14, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Dean Acheson, Arthur T. LaPrade*, and *Charles L. Strouse* for petitioners. *Messrs. Harry M. Fennemore* and *Thomas G. Nairn* for respondents in Nos. 947 and 948. *Mr. J. L. Gust* for respondent in No. 949. *Messrs Thomas Armstrong, Jr.*, and *Joseph E. Morrison* for respondent in No. 950. *Mr. Charles Woolf* for respondent in No. 951. *Mr. Samuel L. Kingan* for respondent in No. 952.

No. 960. City Bank Farmers Trust Co., Executor, *v.* Bowers, Executor. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Allen T. Klots* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman*, and *Messrs. Erwin N. Griswold, James W. Morris*, and *J. Louis Monarch* for respondent.

No. 967. Ferrand *v.* New York Life Insurance Co. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.